UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE TIVITY HEALTH, INC. STOCKHOLDER DERIVATIVE LITIGATION | Case No.: 3:18-cv-00087 (Consolidated with No. 3:18-cv-00797) |
| This Document Relates To: All Actions | PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF STOCKHOLDER DERIVATIVE SETTLEMENT Chief Judge Crenshaw |

Plaintiff Charles Denham ("Plaintiff") respectfully moves this Court pursuant to Federal Rule of Civil Procedure 23.1 for an Order preliminarily approving the Stipulation of Settlement dated October 9, 2020 (the "Stipulation") (Doc. No. 73); directing that notice be given to Tivity Health, Inc. stockholders; and scheduling a final approving hearing.

This motion is based upon the Stipulation and supporting exhibits, the accompanying Memorandum of Points and Authorities in Support of Unopposed Motion for Preliminary Approval of Stockholder Derivative Settlement, the Declaration of Geoffrey M. Johnson in support of this motion, the papers and filings on record in this matter, and such additional evidence or argument as may be presented any hearing set on the motion.

Dated: October 12, 2020

By:

Respectfully submitted,

*s/ Kevin A. Seely*

BRIAN J. ROBBINS
KEVIN A. SEELY*
ASHLEY R. RIFKIN*
STEVEN M. MCKANY*
5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990

- 1 -

Facsimile: (619) 525-3991
E-mail: brobbins@robbinsllp.com
        kseely@robbinsllp.com
        arifkin@robbinsllp.com
        smckany@robbinsllp.com

**ROBBINS LLP**

GEOFFREY M. JOHNSON (Ohio Bar
  #0073084)*
12434 Cedar Road, Suite 12
Cleveland Heights, OH 44106
Telephone: (216) 229-6088

SCOTT JACOBSEN (New York Bar #
  5344452)*
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444

**SCOTT+SCOTT
ATTORNEYS AT LAW LLP**

Co-Lead Counsel for Plaintiff
*Admitted *pro hac vice*

WADE B. COWAN (#9403)
85 White Bridge Road, Suite 300
Nashville, TN 37205
Telephone: (615) 256-8125
Facsimile: (615) 242-7853
E-mail: wcowan@dhhrplc.com

**Of Counsel Davies, Humphreys & Reese
  PLC**

PEPPER LAW, PLC
J. Ross Pepper (BPR#14444)
Sara R. Ellis (BPR#30760)
201 Fourth Avenue North, Suite 1550
Nashville, TN 37219
Telephone: (615) 256-4838

Co-Liaison Counsel for Plaintiff

- 2 -

# CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on October 12, 2020.

s/ Scott R. Jacobsen
SCOTT R. JACOBSEN (New York Bar # 5344452) (admitted *pro hac vice*)
