UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE TIVITY HEALTH, INC. STOCKHOLDER DERIVATIVE LITIGATION | Case No. 3:18-cv-00087 (Consolidated with No. 3:18-cv-00797) |
| This Document Relates To:<br><br>All Actions | PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF STOCKHOLDER DERIVATIVE SETTLEMENT<br><br>Chief Judge Crenshaw |

Plaintiff Andrew H. Allen ("Plaintiff"), by and through his undersigned counsel, respectfully moves this Court for an Order finally approving the Stipulation of Settlement dated October 9, 2020 (the "Stipulation") (Doc. No. 73); *see* Exhibit A attached herewith.

This motion is based upon the Stipulation and supporting exhibits, the accompanying Memorandum of Points and Authorities in Support of Unopposed Motion for Final Approval of Stockholder Derivative Settlement, the Joint Declaration of Ashely R. Rifkin and Geoffrey M. Johnson in Support of Plaintiff's Unopposed Motion for Final Approval of Stockholder Derivative Settlement and Application for an Award of Attorneys' Fees, Reimbursement of Expenses, and Incentive Award, the papers and filings on record in this matter, and such additional evidence or argument as may be presented at hearing set on the motion.

Dated: January 8, 2021

Respectfully submitted,

*s/ Geoffrey M. Johnson*
GEOFFREY M. JOHNSON (Ohio Bar #0073084)*
12434 Cedar Road, Suite 12
Cleveland Heights, OH 44106
Telephone: (216) 229-6088
Email: gjohnson@scott-scott.com

SCOTT JACOBSEN (New York Bar # 5344452)*
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Email: jjacobson@scott-scott.com

**SCOTT+SCOTT
ATTORNEYS AT LAW LLP**

BRIAN J. ROBBINS
KEVIN A. SEELY*
ASHLEY R. RIFKIN*
STEVEN M. MCKANY*
5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsllp.com
        kseely@robbinsllp.com
        arifkin@robbinsllp.com
        smckany@robbinsllp.com

**ROBBINS LLP**

Co-Lead Counsel for Plaintiffs
*Admitted *pro hac vice*

WADE B. COWAN (#9403)
85 White Bridge Road, Suite 300
Nashville, TN 37205
Telephone: (615) 256-8125
Facsimile: (615) 242-7853
E-mail: wcowan@dhhrplc.com

**Of Counsel Davies, Humphreys & Reese PLC**

PEPPER LAW, PLC
J. Ross Pepper (BPR#14444)
Sara R. Ellis (BPR#30760)
201 Fourth Avenue North, Suite 1550
Nashville, TN 37219
Telephone: (615) 256-4838
E-mail: rpepper@pepperlawplc.com

Co-Liaison Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

Executed on January 8, 2021.

*/s/Scott R. Jacobsen*
SCOTT R. JACOBSEN (New York Bar #5344452) (admitted *pro hac vice*)