# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Charles Denham

                Plaintiff,

v.                                                       Case No.: 3:18–cv–00087

Donato Tramuto, et al.

                Defendant,

## **ENTRY OF JUDGMENT**

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 2/19/2021 re [97].

                                                                                Lynda M. Hill
                                                    s/ Lindsay Newsom, Deputy Clerk